## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

LINDA WILLIAMS,

           Plaintiff,                         Case No. 24-cv-12908
                                                      Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, AND MIDLAND CREDIT
MANAGEMENT, INC.,

           Defendants.

---

## ORDER GRANTING JOINT MOTION
## TO EXTEND ALL REMAINING DEADLINES

Upon consideration of the Parties' Joint Motion for Extension of Remaining Deadlines, and for good cause shown, **IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED**.

The remaining deadlines are hereby extended by sixty (60) days as follows:

| Case Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery | June 16, 2025 | August 15, 2025 |
| Expert Discovery | September 18, 2025 | November 17, 2025 |
| Expert Disclosures | July 16, 2025 | September 15, 2025 |
| Rebuttal Expert Disclosures | August 18, 2025 | October 17, 2025 |
| Dispositive Motions | October 20, 2025 | December 19, 2025 |
| Rule 26(a)(3) Disclosures | December 29, 2025 | February 27, 2026 |

1

| | | |
|---|---|---|
| Motions in Limine | January 30, 2026 | March 31, 2026 |
| | Response briefs due 10 days after filing, but not later than February 9, 2026. Reply briefs due 5 days after responses are filed, but not later than February 16, 2026. | Response briefs due 10 days after filing, but not later than April 10, 2026. Reply briefs due 5 days after responses are filed, but not later than April 17, 2026. |
| Final Pretrial Order | February 17, 2026 | April 21, 2026 |
| Final Pretrial Conference | March 3, 2026 starting at 1:30 p.m. | May 5, 2026 starting at 1:30 p.m. |
| Trial | March 17, 2026 starting at 9:00 a.m. | May 19, 2026 starting at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126