**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

LINDA WILLIAMS,

   Plaintiff,        Case No. 24-cv-12908
                Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, AND MIDLAND CREDIT
MANAGEMENT, INC.,

   Defendants.

---

**ORDER GRANTING JOINT MOTION**
**TO EXTEND ALL REMAINING DEADLINES**

   Upon consideration of the Parties' Joint Motion for Extension of Remaining Deadlines, and for good cause shown, **IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED**.

   The remaining deadlines are hereby extended by ninety (90) days as follows:

| Case Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery | August 15, 2025 | November 13, 2025 |
| Expert Discovery | November 17, 2025 | February 17, 2026 |
|  Expert Disclosures | September 15, 2025 | December 15, 2025 |
|  Rebuttal Expert Disclosures | October 17, 2025 | January 15, 2026 |
| Dispositive Motions | December 19, 2025 | March 19, 2026 |

| | | |
|---|---|---|
| Rule 26(a)(3) Disclosures | February 27, 2026 | May 28, 2026 |
| Motions in Limine | March 31, 2026 | June 29, 2026 |
| | Response briefs due 10 days after filing, but not later than April 10, 2026. Reply briefs due 5 days after responses are filed, but not later than April 17, 2026. | Response briefs due 10 days after filing, but not later than July 9, 2026. Reply briefs due 5 days after responses are filed, but not later than July 16, 2026. |
| Final Pretrial Order | April 20, 2026 | July 20, 2026 |
| Final Pretrial Conference | May 5, 2026 starting at 1:30 p.m. | August 3, 2026 starting at 11:00 a.m. |
| Trial | May 18, 2026 starting at 9:00 a.m. | August 18, 2026 starting at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2025

2