UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

LINDA WILLIAMS,

      Plaintiff,                                        Case No. 24-cv-12908
                                                        Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
<u>WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY</u>**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC Only, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC only.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  July 29, 2025