UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

LINDA WILLIAMS,

       Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

       Defendants.

Case No. 24-cv-12908
Hon. Matthew F. Leitman

**ORDER GRANTING PLAINTIFF AND DEFENDANT**
**MIDLAND CREDIT MANAGEMENT, INC.'S JOINT MOTION**
**TO EXTEND ALL REMAINING DEADLINES BY 90 DAYS**

Upon consideration of the Plaintiff Linda Williams and Defendant Midland Credit Management, Inc.'s Joint Motion for Extension of Remaining Deadlines, and for good cause shown, **IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED**.

The remaining deadlines are hereby extended by ninety (90) days as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | November 13, 2025 | February 11, 2026 |
| Expert Discovery | February 16, 2026 | May 18, 2026 |
|     Expert Disclosures | December 15, 2025 | March 16, 2026 |
|     Rebuttal Expert Disclosures | January 15, 2026 | April 15, 2026 |
| Dispositive Motions | March 19, 2026 | June 17, 2026 |
| Rule 26(a)(3) Disclosures | May 28, 2026 | August 26, 2026 |

| Motions in Limine | June 29, 2026 | September 28, 2026 |
| --- | --- | --- |
| | Response briefs due 10 days after filing, but not later than July 9, 2026. Reply briefs due 5 days after responses are filed, but not later than July 16, 2026. | Response briefs due 10 days after filing, but not later than October 8, 2026. Reply briefs due 5 days after responses are filed, but not later than October 13, 2026 |
| Final Pretrial Order | July 20, 2026 | October 19, 2026 |
| Final Pretrial Conference | August 3, 2026 starting at 1:30 p.m. | November 2, 2026 Starting at 1:30 p.m. |
| Trial | August 17, 2026 starting at 9:00 a.m. | November 17, 2026 starting at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126